

CHARLES A. PANNELL, JR.                                                        (404) 215-1580
U.S. DISTRICT JUDGE

May 29, 2007

**Confidential**

Committee on Financial Disclosure
Administrative Office of the Courts
Suite 2-301
One Columbus Circle N.E.
Washington, D.C. 20544

RE:   Financial Disclosure Report 2006, Response to Letter of Inquiry Dated May 22, 2007

Dear Committee:

Thank you for your letter of May 22, 2007, requesting additional information concerning my 2006 report. I have chosen to respond by letter to provide the required information rather than submitting an amended report.

In Part VII, Page 6, Line 40, the name of the financial institution or brokerage where my money market account is maintained is Fidelity Investments.

In Part VII, Page 6, Lines 46-51, I have listed assets in "Trust #1." In fact, lines 52 and 53 also are assets in "Trust #1." These assets are not owned by me, and they are not assets received by inheritance or gifts from family members. In Part I, Page 1, under Positions, I have listed Power of Attorney, Trust No. 1. Trust # 1 in Part VII refers to assets that I have taken control of during the summer of 2006 pursuant to a power of attorney from my mother. I am reporting these assets pursuant to instructions on page 10. If I am doing this incorrectly, please advise.

I understand that this letter is an amendment to my report and is releasable to members of the public. An original and three copies of this letter are enclosed.

Sincerely yours,



Charles A. Pannell, Jr.
United States District Judge

| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Pannell, Charles A | 2. Court or Organization<br><br>District Court-N.D.of Georgia | 3. Date of Report<br><br>5/3/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>2367 U. S. Courthouse<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303-3309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Colonel | U. S. Army Reseves, Retired |
| 2. Co-Executor | Estate No. 1 |
| 3. Operator | Farm #1 |
| 4. Power of Attorney | Trust No. 1 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Georgia, Judicial Retirement, no control |
| 2. 1999 | Association of County Commissioners of Georgia, Pension Trust, no control |
| 3. | |

2007 MAY -7 A 11: 51 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2/06-12/06 | Association of County Commissioners of Georgia Pension Trust | $ 1235.41 |
| 2. 2/06-12/06 | Georgia Judicial Retirement System | $ 77205.37 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/06-6/06 | MurrayCounty School System |
| 2. 7/06-12/06 | Teachers Retirement System of Georgia |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Farmers State Bank | Mortgage on Property, 1/2 interest (Pt.VII, line 3) | None |
| 2. | John Deere Credit | Installment Contract, Purchase of tractor, mower, loader | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Timberland, McDuffie County Georgia, 1/3 Interest | | None | N | W | | | | | |
| 2.  Rental Property #1 Murray County, Georgia | C | Rent | K | W | | | | | |
| 3.  Property (1/2 Int.) Chatahoochee County, Georgia | | None | K | W | | | | | |
| 4.  Estate #1 | C | Rent | O | W | | | | | |
| 5.  - First National Bank (Savings Accounts and CDs) | C | Interest | M | T | | | | | |
| 6.  - Cohutta Bank Account | A | Interest | J | T | | | | | |
| 7.  IRA #1 | | | | | | | | | |
| 8.  - GBTB | B | Dividend | L | T | Partial sale | 5/4 | L | | |
| 9.  - Premier MMKT SHS Govt | B | Interest | J | T | Buy Quarterl | | J | | |
| 10.  - Growth Fund of America | A | Dividend | J | T | | | | | |
| 11.  IRA #2 | | | | | | | | | |
| 12.  - GBTB | A | Dividend | K | T | | | | | |
| 13.  -Premier MMKT SHS Govt | A | Interest | J | T | Buy Quarterl | | J | | |
| 14.  Deferred Compensation #1 | | | | | | | | | See Note |
| 15.  - NA Stock Index (SIF) | | None | K | T | Buy Monthly | | J | | |
| 16.  - NA Social Awareness (SOC) | | None | K | T | Buy Monthly | | J | | |
| 17.  - VNGRG Wellington (VWN) | | None | K | T | Buy Monthly | | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - PUTNM Global GR (PGE) | | None | J | T | Buy Monthly | | J | | |
| 19. - NA TROWE SCI & Tech (SCF) | | None | J | T | Buy Monthly | | J | | |
| 20. -Ariel | | None | J | T | Buy Monthly | | J | | |
| 21. - Fixed Account Plus (FXP) | C | Interest | K | T | Buy Monthly | | J | | |
| 22. | | | | | Partial Sale | 1/17 | K | | |
| 23. - FXP Employer Base | A | Interest | K | T | Buy Monthly | | J | | |
| 24. - FXP Employer Match | A | Interest | J | T | Buy Monthly | | J | | |
| 25. Brokerage Account #1 | | | | | | | | | |
| 26. - Synovus, Common Stock | B | Dividend | L | T | Buy Quarterl | | J | | |
| 27. - STI - Money Market (SEIXX) | A | Dividend | J | T | | | | | |
| 28. Wachovia Savings Account | A | Interest | J | T | | | | | |
| 29. Brokerage Account #2 | | | | | | | | | |
| 30. - American Funds - Investment Company of America | B | Dividend | K | T | Partial Sale | 9/15 | J | A | |
| 31. - American Funds - Growth Fund of America | B | Dividend | K | T | Partial Sale | 9/15 | J | A | |
| 32. - American Funds - Small Cap World Fund | A | Dividend | J | T | Partial Sale | 9/15 | J | C | |
| 33. - American Funds - New World Fund | A | Dividend | J | T | Partial Sale | 9/15 | J | D | |
| 34. - American Funds - EUPAC | A | Dividend | J | T | Partial Sale | 9/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bond Fund of America | A | Dividend | L | T | Buy | 9/15 | L | | |
| 36. First National Bank, Accounts Checking and Money Market | A | Interest | K | T | | | | | |
| 37. Brokerage Account #3 | | | | | | | | | |
| 38. -FDRXX | A | Dividend | K | T | Partial Sale | 6/5 | J | | |
| 39. | | | | | Partial Sale | 7/17 | J | | |
| 40. -Money Market | A | Interest | J | T | | | | | |
| 41. County Federal Credit Union | A | Interest | J | T | | | | | |
| 42. Roth IRA #1 | | | | | | | | | |
| 43. - LSI | | None | J | T | | | | | |
| 44. Roth IRA #2 | A | Dividend | J | T | | | | | |
| 45. Farm #2, Murray County, Georgia, limited interest | | None | L | W | | | | | |
| 46. Trust #1 | | | | | | | | | |
| 47. -First National Bank (CDs) | C | Interest | N | T | | | | | |
| 48. -Suntrust Bank (money market and checking) | D | Interest | K | T | | | | | |
| 49. -House, Fulton County, Georgia | | None | O | W | | | | | |
| 50. -Employee's Retirement of Georgia | | None | | | | | | | See Note |
| 51. -Farm #2, Murray County, Georgia partial | A | Rent | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ownership | | | | | | | | | |
| 52.    -Timberland, Murray County, Georgia | | None | K | W | | | | | |
| 53.    -Social Security | | None | | | | | | | See Note |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I. Positions: Further clarification to Answer 3 "Operator".
This is a one-man operation on estate #1 property. I have had cattle. During this reporting period, I kept horses and cut hay on shares with a third party.

Part VII. INVESTMENTS AND TRUSTS

Line 14: Monthly buys stopped in July 2006 in this account
Line 50 and 53: This is fixed retirement income. I have control by power of attorney. No value past the death of the beneficiary. (Per instruction VII, Para. 3. Income, page 45.)

| Name of Person Reporting | Date of Report |
|---|---|
| Pannell, Charles A | 5/3/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___May 3, 2007___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544